AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:24-mj- 24-01-AJ | Date and time warrant executed:<br>2/29/2024 | Copy of warrant ~~and inventory~~ left with:<br>Service Provider |
| Inventory made in the presence of :<br>SA Rattigan, Stephanie | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>Facebook return for account "ClemJuniorJR" | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 3/6/2024

*Erik T. Rae*

*Executing officer's signature*

Erik T. Rae, TFO (FBI)

*Printed name and title*